AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH DIXON MIDYETTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WASHINGTON COUNTY, et al, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-195-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on October 23, 2015, the court DENIES plaintiff's motions for a preliminary injunction and appointment of counsel and DISMISSES the action.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 26, 2015**, AND A COPY MAILED TO:

Joseph Dixon Midyette (via U.S. Mail)


October 26, 2015                                    JULIE RICHARDS JOHNSTON, Clerk
Date                                                      *Eastern District of North Carolina*

                                                                             /s/ Susan W. Tripp
*New Bern, North Carolina*                                   *(By) Deputy Clerk*