UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-195-D

| | |
|---|---|
| JOSEPH DIXON MIDYETTE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WASHINGTON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On November 12, 2015, and Joseph D. Midyette ("Midyette") filed a motion for reconsideration [D.E. 16]. On December 9, 2015, Midyette filed a supplemental brief [D.E. 17]. Each document concerns this court's order of October 23, 2015, dismissing Midyette's action. See [D.E. 14].

The court has considered Midyette's motion for reconsideration and supplemental brief under the governing standard. See, e.g., Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 16] lacks merit and is DENIED.

SO ORDERED. This 18 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge